IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAREY LEE JOHNSON | § | CASE NO. 05-62856 |
| SSN: XXX-XX-4679 | § | |
| ANN L. JOHNSON | § | |
| SSN: XXX-XX-7184 | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

NOTICE OF UNCLAIMED FUNDS TO BE DEPOSITED
INTO REGISTRY OF THE COURT

**NOW COMES JASON R. SEARCY, TRUSTEE** for the estate of Carey Lee & Ann L. Johnson in the above styled and numbered cause and makes this his Notice of Unclaimed Funds to be Deposited into Registry of the Court.

I.

On January 24, 2011, your Trustee filed his Final Report and Proposed Distributions setting forth the administrative, priority, and unsecured claims to be paid to the full extent of available estate funds.

II.

Jason R. Searcy, Trustee has distributed the funds of this estate in accordance with the Trustee's Final Report and Proposed Distributions; in addition to, any and all subsequent noticed distributions. One distribution is still outstanding and has never been presented for endorsement or payment.

More than ninety (90) days have passed since the initial distributions were made.

Carey Lee Johnson                $17,238.90                Check No. 1007

III.

Trustee's Check No. 1008 drawn in the amount of $17,238.90 and made payable to the United States Bankruptcy Court will be forwarded immediately upon completion of the ECF filing of this Notice.

IV.

To the best of Trustee's knowledge and belief, the proposed deposit to the registry of the Court prejudices no party in interest, is fair and equitable and in the best interest of this bankruptcy estate. Said deposit will extinguish all remaining estate funds and no further matters of administration will be necessary.

DATED this 21st day of June, 2011.

RESPECTFULLY SUBMITTED,

SEARCY & SEARCY, P.C.

BY: **/s/Jason R. Searcy**
JASON R. SEARCY
P.O. BOX 3929
LONGVIEW, TEXAS 75606
(903) 757-3399
FAX (903) 757-9559
STATE BAR NO. 17953500

ATTORNEY FOR TRUSTEE.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing document was served through electronic mail pursuant to the Electronic Case Management system of the United States Bankruptcy Court for the Eastern District of Texas on the 21st day of June, 2011.

**/s/Jason R. Searcy**
JASON R. SEARCY